CASE SEALED: _____   UNSEALED: __XX__

CASE NO: __SA-11-CR-0675_____

## PERSONAL DATA SHEET
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

USAO #: 2009R19744

COUNTY: BEXAR          DIVISION: SAN ANTONIO          JUDGE: F. BIERY

DATE: 14 FEB 12          MAG.CT.#: _          FBI #: 559801P9

ASSISTANT U.S. ATTORNEY: JOEY CONTRERAS & KAREN NORRIS          DEF. D.O.B.: ▮▮▮
DEFENDANT NAME: ROBERTO "RICO" RODRIGUEZ (7)          DEF. SSN: ▮▮▮
DEFENDANT'S A/K/A'S: _____
DEFENDANT'S ADDRESS: _____
CITIZENSHIP:   United States: _X_   Mexican __   Other: _____
INTERPRETER NEEDED:   YES: __   NO: _X_   Language: ____

DEFENSE ATTORNEY'S NAME: _____
          Employed: __ Appointed: __

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS:   In Jail: _X_   Where: GEO GROUP INC. _____
          Writ Attached: __   On Bond: _   Amount of Bond: Detain w/o Bond
          SID# _____          Where on Bond: _____

DATE OF ARREST: 12/7/11   TO BE ARRESTED: _NO_   BENCH WARRANT NEEDED: _NO_

PROBATION OFFICER: _____          NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:          _X_ SECOND SUPERSEDING INDICTMENT          ____ INFORMATION

OFFENSE: (Code & Description) COUNT 1: 18 U.S.C. § 1962(d): Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering.   COUNT 6: 18 U.S.C. § 1959(a)(5): Violent Crime in Aid of Racketeering.

OFFENSE IS: FELONY _X_   CLASS A MISDEMEANOR ____          CLASS B/C PETTY OFFENSE ____

MAXIMUM SENTENCE (Each Count): COUNT 1: Maximum life imprisonment; $250,000 fine; Maximum 5 years of supervised release; and $100 mandatory special assessment.  COUNT 6: Maximum 10 years imprisonment; $250,000 fine; Up to 3 years of supervised release; and $100 mandatory special assessment.

AGENT/AGENCY: Ricky Carroll/DEA   MANDATORY PENALTY: Yes: X No: __ As to special assessment only.

REMARKS:          OCDETF / Operation Broken Horn          JL